IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN SIMONS,<br><br>                Plaintiff,<br><br>v.<br><br>ROYER COOPER COHEN BRAUNFELD, L.L.C. & BUCHANAN INGERSOLL & ROONEY, P.C.,<br><br>                Defendants. | CIVIL ACTION NO. 21-129 |

**ORDER**

**AND NOW,** this 8th day of September 2021, Plaintiff having filed an Amended Complaint, it is hereby **ORDERED** that Defendant Buchanan Ingersoll & Rooney PC's Motion to Dismiss Complaint [Doc. No. 4] is **DISMISSED as moot**. Defendants' motions to dismiss Plaintiff's Amended Complaint remain pending.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**