IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN SIMONS,<br><br>                Plaintiff,<br><br>    v.<br><br>ROYER COOPER COHEN BRAUNFELD, L.L.C., *et al.*,<br><br>                Defendants. | CIVIL ACTION NO. 21-129 |

## ORDER

**AND NOW,** this 28th day of February 2022, upon consideration of Defendant Buchanan, Ingersoll & Rooney, P.C.'s Motion to Dismiss [Doc. No. 6] and Defendant Royer Cooper Cohen Braunfeld, LLC's Motion to Dismiss [Doc. No. 9] and the related briefing, it is hereby **ORDERED** that the Motions are **GRANTED in part** and **DENIED in part**, as follows:

1. Defendant Buchanan Ingersoll & Rooney, P.C.'s motion to dismiss Plaintiff's Amended Complaint is **GRANTED** with respect to the breach of contract, negligent misrepresentation, and tortious interference with contractual relations claims and **DENIED** with respect to the breach of fiduciary duty and professional negligence claims.

2. Defendant Royer Cooper Cohen Braunfeld, LLC's motion to dismiss Plaintiff's Amended Complaint is **GRANTED** with respect to the breach of contract and the breach of fiduciary duty claims and **DENIED** with respect to the professional negligence claim.

It is so **ORDERED.**

                                                              **BY THE COURT:**

                                                              **/s/ Cynthia M. Rufe**
                                                              **CYNTHIA M. RUFE, J.**